ELIZABETH A. STRANGE
First Assistant United States Attorney
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED

2019 APR 17  PM 3: 38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          v.

1. Warren Evan Jose,
     (Counts 1-17)

2. Valentina Valenzuela,
     (Counts 1-3)

                    Defendants.

**CR19-01050 TUC-RM(LCK)**

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
8 USC 1324 (a)(1)(B)(iii)
8 U.S.C. § 1324(a)(1)(B)(iv)
(Conspiracy to Transport Illegal Aliens for Profit Resulting in Death and Endangerment)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
8 USC 1324 (a)(1)(B)(iii)
8 U.S.C. § 1324(a)(1)(B)(iv)
(Transportation of Illegal Aliens for Profit Resulting in Death and Endangerment)
**Counts 2-3**

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)
18 U.S.C. § 1114
(Assault on a Federal Officer with a Dangerous Weapon)
**Counts 4, 6, 8, 10, 12, 14, 16**

18 U.S.C. §  924(c)(1)(A)(iii)
(Discharge of a Firearm During a Crime of Violence)
**Counts 5, 7, 9, 11, 13, 15, 17**

VICTIM CASE

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a date unknown and continuing up to and including April 11, 2019, at or near Komelik and continuing to Phoenix, and elsewhere, in the District of Arizona, **Warren Evan JOSE** and **Valentina VALENZUELA,** did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to transport and move illegal aliens, Genaro Jimenez-Sanchez and M. M.-L., who had come to, entered, and remained in the United States in violation of law, within the United States by means of transportation or otherwise, and during and in relation to said conspiracy to transport, the defendants placed in jeopardy the lives of the illegal aliens and other persons and the death of Theresa Medina-Thomas resulted; with such offense committed for the purpose of commercial advantage and private financial gain; in violation of Title 18, United States Code, Sections 1324(a)(1)(A)(v)(i); 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 2

Beginning at a date unknown and continuing up to and including April 11, 2019, at or near Komelik and continuing to Phoenix, and elsewhere, in the District of Arizona, **Warren Evan JOSE** and **Valentina VALENZUELA,** knowing and in reckless disregard of the fact that an alien, Genaro Jimenez-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, and during and in relation to said transportation, the defendants placed in jeopardy the life of said alien and the death of Theresa Medina-Thomas resulted; with such offense committed for the purpose of commercial advantage and private financial gain; in violation of Title 18, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### COUNT 3

Beginning at a date unknown and continuing up to and including April 11, 2019, at or near Komelik and continuing to Phoenix, and elsewhere, in the District of Arizona, **Warren Evan JOSE** and **Valentina VALENZUELA,** knowing and in reckless disregard of the fact that an alien, a minor female M. M.-L., had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, and during and in relation to said transportation, the defendants placed in jeopardy the life of said alien and the death of Theresa Medina-Thomas resulted; with such offense committed for the purpose of commercial advantage and private financial gain; in violation of Title 18, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

### COUNT 4

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Rich Mortenson, while Agent Mortenson was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

### COUNT 5

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Rich Mortenson, a crime of violence, for which he may be prosecuted in a court of the United States, and is charged in Count Four of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**COUNT 6**

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Marcus Camacho, while Agent Camacho was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

**COUNT 7**

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Marcus Camacho, a crime of violence, for which he may be prosecuted in a court of the United States, and is charged in Count Six of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**COUNT 8**

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Bryan Altieri, while Agent Altieri was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

**COUNT 9**

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Bryan Altieri, a crime of violence, for

which he may be prosecuted in a court of the United States, and is charged in Count Eight of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT 10

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Jeff Hemphill, while Agent Hemphill was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

### COUNT 11

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Jeff Hemphill, a crime of violence, for which he may be prosecuted in a court of the United States, and is charged in Count Ten of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT 12

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Michael Saclarides, while Agent Saclarides was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

### COUNT 13

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Michael Saclarides, a crime of

violence, for which he may be prosecuted in a court of the United States, and is charged in Count Twelve of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT 14

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Angel Hernandez, while Agent Hernandez was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

### COUNT 15

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Angel Hernandez, a crime of violence, for which he may be prosecuted in a court of the United States, and is charged in Count Fourteen of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT 16

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did intentionally and forcibly assault, a federal law enforcement officer of an agency of the United States government, that is, Homeland Security Investigation's Special Agent Chad Lakosky, while Agent Lakosky was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, an AK47-variant assault rifle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

**COUNT 17**

On or about April 11, 2019, at or near Phoenix, in the District of Arizona, **Warren Evan JOSE** did knowingly discharge and use a firearm, that is, an AK47-variant assault rifle, during and in relation to his assault on HSI SA Chad Lakosky, a crime of violence, for which he may be prosecuted in a court of the United States, and is charged in Count Sixteen of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**A TRUE BILL**

**/ s /**
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

**/ s /**
_____
Assistant United States Attorney
Dated:  April 17, 2019