# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01050-001-TUC-RM (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Evan Jose - 001<br>Valentina Rose Valenzuela - 002, | |
| Defendants. | |

The United States has moved for a Court Order compelling the Guadalupe Fire Department to produce evidence obtained and gathered by the Guadalupe Fire Department related to the charges filed in the above-captioned case. The Court finds that the requested evidence is relevant and that its production is in the interest of justice.

Accordingly,

**IT IS ORDERED** that the **Guadalupe Fire Department** shall produce the following items related to its response and presence in the vicinity of 48th Street and Kiowa near Phoenix, Arizona on April 11, 2019 from 9:30 am until cleared from the scene involving a vehicle crash and shooting with federal agents of Homeland Security Investigations:

1. A list of all personnel who responded to the scene;
2. Any written reports related to the assistance provided;
3. Any dispatch logs and tapes related to this incident and scene;
4. Any body camera footage, video footage or photos taken at the scene;

5. Any medical reports written related to the treatment of people at the scene;

6. Any documents, summaries, reports, or diagrams, written or recorded, related to response and actions while at the scene;

7. Any statements made by the individuals treated and interviewed at the scene;

8. Ambulance: List of logs, list of personnel, reports documenting the transportation of individuals from the scene to the hospital, and whether there was law enforcement present during the transportation with the name of the law enforcement officer and agency; and

9. Any other item(s) in the Guadalupe Fire Department's possession related to its response and actions at the above listed incident and location.

The Guadalupe Fire Department shall provide the ordered items to Homeland Security Investigations Special Agent Michael Edwards or Special Agent Joshua Andrews by **Wednesday, April 29, 2020**.

Dated this 22nd day of April, 2020.

_____
Honorable Rosemary Márquez
United States District Judge

CC:
Guadalupe Fire Department
8413 S. Avenida del Yaqui
Guadalupe, AZ  85283

Attn:  Wayne Clement
Fire Chief