UNITED STATES DISTRICT COURT
ARIZONA – TUCSON
AMENDED
May 19, 2020

| USA v. Warren Evan Jose , et al | Case No.: CR-19-01050-001-TUC-RM (LCK) |
|---|---|

## ORDER SETTING CONDITIONS OF RELEASE

THE MATERIAL WITNESS Genaro Jimenez-Sanchez is ORDERED RELEASED.

**NEXT APPEARANCE:** as directed by the Court.

**THE MATERIALWITNESS IS SUBJECT TO THE FOLLOWING CONDITIONS:**

1. The material witness promises to appear at all proceedings as required.
2. The material witness shall not commit any federal, state, or local crime.
3. The material witness shall report as directed to U.S. PRETRIAL SERVICES at 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.
4. The material witness shall maintain weekly contact with the case agent.
5. The material witness shall consume no alcohol.
6. The material witness shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802).
7. The material witness shall not possess a firearm.
8. The material witness is released to the third-party custody of and shall reside with his sponsor in Phoenix, Arizona at the address on file with the U.S. Attorney's Office.

Dated this 19th day of May, 2020.

_____
Honorable Rosemary Márquez
United States District Judge

** Amended per request of Pretrial Services to clarify contact should be maintained with the Phoenix Office.

CC:   Pretrial Services