THE CARRILLO LAW FIRM, PLLC
Erin M. Carrillo, SB# 024613
23 North Stewart Avenue
Tucson, Arizona 85716
Phone: (520) 398-7369
Facsimile: (520) 844-6611
Email: erin@thecarrillolawfirm.com

*Attorney for Warren E. Jose*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 19-01050-TUC-SHR (LCK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO CONTINUE STATUS CONFERENCE – MAY 7, 2021 |
| Warren Evan Jose, | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h) will occur as a result of this motion or an order based thereon.

Defendant, Warren Evan Jose, through his attorney, requests that the status conference set for May 7, 2021 at 10:20 a.m. be continued for at least one week because counsel for Mr. Jose will be out of town from May 5 to May 8, 2021.

Undersigned counsel has conferred with counsel for the government, Serra Tsethlikai and Erica Seger, about this request. The government has no objection to this motion.

Undersigned counsel avows that this request is not made for the purpose of delay.

RESPECTFULLY SUBMITTED this 25th day of April 2021.

THE CARRILLO LAW FIRM, PLLC


/s/ Erin M. Carrillo
Erin M. Carrillo
Attorney for Warren Evan Jose

1

Copy of the foregoing served
by Electronic Case Filing to:

ALL ECF PARTICIPANTS