GARY M. RESTAINO
United States Attorney
District of Arizona
Serra M. Tsethlikai
Assistant U.S. Attorney
CA State Bar No. 171177
Robert A. Fellrath
Assistant U.S. Attorney
MI State Bar No. P60380
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7358
Email: serra.tsethlikai@usdoj.gov
       robert.fellrath@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-01050-SHR-1 |
|---|---|
| Plaintiff, | |
| vs. | Government's Correction to Sentencing Memo |
| Warren Evan Jose, | SE: October 26, 2022 |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys, Gary M. Restaino, United States Attorney for the District of Arizona, and Serra M. Tsethlikai and Robert A. Fellrath, Assistant U.S. Attorneys, hereby submits this correction to the government's Sentencing Memo filed on 10/20/22.

On page 2 at lines 18-19, the government misunderstood the sequence of events with Agent Hemphill when the defendant began firing at the agents. In looking at the photographs of the vehicles and the evidence list regarding where the headrest with the bullet holes was located, the government reached out the Agent Hemphill to clarify what

had occurred.  Agent Hemphill reported that as the defendant began shooting at the agents,

Agent Hemphill pulled out his side firearm and was looking for his other firearm which

was located on the passenger floorboard in the front of the cab of his truck.  When he

visually located his other firearm and was about to reach for it, at least one bullet, if not

two bullets, travelling diagonally, entered the front windshield on the passenger side, and

traveled diagonally where the bullets then hit the rear passenger driver's side headrest and

exited out the rear window of the truck's cabin.  Agent Hemphill felt and heard the bullet(s)

pass by him as they traveled through the cab of his truck where he was located.

Respectfully submitted this 24th day of October, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona


Serra M. Tsethlikai
Robert A. Fellrath
Assistant U.S. Attorneys


Copy of the foregoing served electronically or by
other means this 24th day of October, 2022, to:

Ms. Erin Carrillo, Esq.
Attorney for Warren Evan Jose

Ms. Alma Perez
United States Probation Office